**John H. BECKNER, Petitioner–Appellant,**

v.

**Geraldine P. MIRO, Warden of Allendale Correctional Institution; Charles M. Condon, Attorney General of the State of South Carolina, Respondents–Appellees.**

No. 01–7228.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 17, 2002.

Decided Jan. 28, 2002.

John H. Beckner, Pro Se.

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

John H. Beckner appeals the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Beckner v. Miro,* No. CA–01–848–2–19AJ (D.S.C. filed June 15, 2001; entered June 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*